| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | OFFICE OF THE FEDERAL DEFENDER |
| 4 | 801 "I" Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 5 | |
| 6 | Attorney for Defendant |
| | KENNETH KEYES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-188-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: December 1, 2017 |
| KENNETH KEYES and | ) | TIME: 9:00 a.m. |
| LEROY WEBER, | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| | ) | |
| Defendants. | ) | |

Plaintiff, United States of America, by and through United States Department of Justice Antitrust Division Attorney JEANE HAMILTON and Assistant Federal Defender MIA CRAGER on behalf of defendant KENNETH KEYES and DAVE McLANE attorney for defendant LEROY WEBER, hereby stipulate to continue the status conference from December 1, 2017 to February 9, 2018 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel time to review discovery with the defendants and to conduct an investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 9, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: November 28, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
KENNETH KEYES


/s/ *David McLane*
DAVID McLANE
Attorney for Defendant
LEROY WEBER


Dated: November 28, 2017

United States Department of Justice

/s/ Jeane Hamilton
JEANE HAMILTON
Antitrust Division Attorney
Attorney for Plaintiff

*United States v. Kenneth Keyes*
Stipulation and Order

-2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 9, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 1, 2017 status conference shall be continued until February 9, 2018, at 9:00 a.m.

Dated: November 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge