HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
KENNETH KEYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-188-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: February 9, 2018 |
| KENNETH KEYES and | TIME: 9:00 a.m. |
| LEROY WEBER, | JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

Plaintiff, United States of America, by and through United States Department of Justice Antitrust Division Attorney JEANE HAMILTON and Assistant Federal Defender MIA CRAGER on behalf of defendant KENNETH KEYES and DAVE McLANE attorney for defendant LEROY WEBER, hereby stipulate to continue the status conference from February 9, 2018 to March 16, 2018 at 9:00 a.m.

The reason for this continuance are that voluminous new discovery has been received today and defense counsel need time to review discovery and discuss it with their clients.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 16, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: January 31, 2018

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
KENNETH KEYES

/s/ *David McLane*
DAVID McLANE
Attorney for Defendant
LEROY WEBER

Dated: January 31, 2018

United States Department of Justice

/s/ Jeane Hamilton
JEANE HAMILTON
Antitrust Division Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 16, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 9, 2018 status conference shall be continued until March 16, 2018, at 9:00 a.m.

Dated: February 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge