E. KATE PATCHEN
Chief, San Francisco Office
JEANE HAMILTON (CBN 157834)
CHRISTOPHER J. CARLBERG (CBN 269242)
NOLAN J. MAYTHER (CBN 319471)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
jeane.hamilton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION | 2:17-cr-00188-GEB<br><br>[Proposed] Order to Disclose Tax Returns and Return Information |

## ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION

On June 1, 2018, the Assistant Attorney General of the Antitrust Division of the United States Department of Justice, applied for an order, pursuant to 26 U.S.C. § 6103(i)(1), directing the Internal Revenue Service to disclose taxpayer returns, return information, information returns (e.g., Forms 1099, 1098, W-2, K-1, 8300), and computer-generated transcripts, for taxable periods 2008-2014 for the following individual:

    Kenneth Wayne Keyes
    SSN: ▮▮▮-▮▮-4698
    DOB: ▮▮/▮▮/1952
    Last Known Address: ▮▮▮ Reno, NV

After examining the application, the Court FINDS:

1. There is reasonable cause to believe, based upon information believed to be reliable in the Government's *Ex Parte* Application, that a violation of 18 U.S.C. § 371 (conspiracy to defraud the United States) has been committed.

2. There is reasonable cause to believe that the tax information sought is relevant to a matter related to the commission of such act.

3. That Assistant Attorney General Makan Delrahim, Trial Attorneys Jeane Hamilton, Nolan J. Mayther, and Christopher J. Carlberg of the Antitrust Division, Special Agent Christopher Nelson of the Department of the Army's Criminal Investigations Command, Special Agent Sean Gomez of the Office of Inspector General of the Small Business Administration, and Special Agent Tracy Lilley of the Office of Inspector General of the General Services Administration, are personally and directly engaged in an investigation pertaining to the prosecution of the above-mentioned violation, which may result in a judicial proceeding; the preparation of a judicial proceeding pertaining to the prosecution of the above-mentioned violation; including pretrial hearings, a trial, and sentencing proceedings, pertaining to the prosecution of the above-mentioned violation.

4. That the tax information sought to be disclosed is exclusively for use in federal criminal judicial proceedings, and preparation for those proceedings.

5. That the tax information sought cannot reasonably be obtained, under the circumstances, from another source.

6. That this Application is authorized by Assistant Attorney General Makan Delrahim of the Antitrust Division.

IT IS HEREBY ORDERED that the Internal Revenue Service:

1. Disclose certified copies of returns, return information, information returns (e.g., Forms 1099, 1098, W-2, K-1, 8300), and computer-generated transcripts of the aforementioned individual for the taxable periods 2008-2014 that have been filed with the Internal Revenue Service;

2. Certify, where tax information described has not been filed or is not on file with the Internal Revenue Service, that no such tax information has been filed or is not on file;

3. Disclose if and when such tax information described above has come into the possession of the

Internal Revenue Service subsequent to the date of this Order;

    4. Disclose such tax information and make such certification only to Assistant Attorney General Makan Delrahim, Trial Attorneys Jeane Hamilton, Nolan J. Mayther, and Christopher J. Carlberg of the Antitrust Division; Special Agent Christopher Nelson of the Department of the Army's Criminal Investigations Command, Special Agent Sean Gomez of the Office of Inspector General of the Small Business Administration, and Special Agent Tracy Lilley of the Office of Inspector General of the General Services Administration; and other personnel who are personally and directly engaged in an investigation pertaining to the prosecution of the above-mentioned violation, who shall use the returns and return information disclosed solely in their investigation, the preparation of a judicial proceeding or a federal grand jury proceeding pertaining to the prosecution of the above-mentioned violation. No disclosure may be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103(i)(1), and 26 C.F.R. § 301.6103(i)-1.

Dated: June 4, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE