1 E. KATE PATCHEN
Chief, San Francisco Office
2 JEANE HAMILTON (CBN 157834)
3 CHRISTOPHER J. CARLBERG (CBN 269242)
NOLAN J. MAYTHER (CBN 319471)
4 Trial Attorneys
U.S. Department of Justice
5 Antitrust Division
6 450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
7 Telephone: (415) 934-5300
jeane.hamilton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No: 17-CR-0188 GEB |
| v. | **ORDER** |
| KENNETH KEYES and LEROY WEBER, | |
| Defendants. | |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grand continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and defendants in a speedy trial.

[PROPOSED] ORDER
No. 17-CR-0188-GEB                    1

1       The Court orders the time from the date the parties stipulated, up to and including
January 11, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)[reasonable time for counsel to prepare] and General Order 479 (Local Code T4).  It is further ordered the October 19, 2018 status conference shall be continued until January 11, 2019 at 9 a.m.

Dated:  September 27, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge