HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
KENNETH KEYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:17-cr-188-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | JURY TRIAL |
| ) | |
| KENNETH KEYES and ) | |
| LEROY WEBER, ) | DATE: January 11, 2019 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| ) | |

Plaintiff, United States of America, by and through United States Department of Justice Antitrust Division Trial Attorney CHRISTOPHER J. CARLBERG and Assistant Federal Defender MIA CRAGER on behalf of defendant KENNETH KEYES and HAYES H. GABLE, III attorney for defendant LEROY WEBER, hereby stipulate to continue the status conference from January 11, 2019 to April 19, 2019 at 9:00 a.m., the trial confirmation hearing from April 5, 2019 to November 22, 2019 at 9:00 a.m., and the jury trial be continued from May 14, 2019 to January 7, 2020 at 9:00 a.m.

The reason for the continuance is that, since this matter last appeared before the Court, the government executed a search warrant on a storage unit rented by defendant LEROY WEBER in Ventura, California. The government seized several boxes of paper documents and

certain electronic devices, including several desktop computer towers.  The government has already produced scanned copies of the seized paper documents to the defense.  Regarding the seized electronic devices, the government is working with a technical vendor to determine what data can be retrieved practicably from the devices and to process the data.  The government intends to produce the relevant materials to the defense as soon as practicable.  Once the information is disclosed, the defense will need time to review that information, conduct an investigation, and otherwise prepare for trial.  Defense counsel Hayes H. Gable, III for co-defendant LEROY WEBER was recently appointed to this case and also needs additional time to review the first 500,000 pages of discovery.  The proposed January 7, 2020 trial date is the earliest time that allows for production of discovery and defense counsel preparation and scheduling availability.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 7, 2020; pursuant to 18 U.S.C. § 3161 (h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: January 8, 2019

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
KENNETH KEYES


/s/ *Hayes H. Gable III*
HAYES H. GABLE, III
Attorney for Defendant
LEROY WEBER

Dated: January 8, 2019

United States Department of Justice

/s/ *Christopher J. Carlberg*
CHRISTOPHER J. CARLBERG
Antitrust Division Trial Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 7, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 11, 2019 status conference shall be continued until April 19, 2019, at 9:00 a.m., the trial confirmation hearing shall be continued from April 5, 2019 to November 22, 2019 at 9:00 a.m., and the jury trial be continued from May 14, 2019 to January 7, 2020 at 9:00 a.m.

Dated: January 9, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge