JACKLIN CHOU LEM (CABN 255293)
CHRISTOPHER J. CARLBERG (CABN 269242)
NOLAN J. MAYTHER (CABN 319471)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Rm. 10-0101
San Francisco, CA 94102-3478
Telephone: (415) 934-5300
Fax: (415) 934-5399
Email: jacklin.lem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00188-JAM |
| v. | Order Authorizing Disclosure of Taxpayer Return Information; and Protective Order |
| KENNETH KEYES, and LEROY WEBER, | |
| Defendants. | |

## **ORDER**

Upon motion of the government and for good cause shown, IT IS HEREBY ORDERED that:

1. The government, pursuant to Title 26, United States Code, Section 6103(i)(4)(A), may disclose to defendants Kenneth Keyes, Leroy Weber, and their attorneys, Webco Construction, Inc., and Leroy Weber's "returns" and "return information" from the taxable year 2012 in order to satisfy its obligations pursuant to Rule 16 of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3500, and *Brady v. Maryland* and its progeny. For purposes of this Order, "return" and "return information" shall be defined as set forth in Section 6103.

///

///

///

DISCLOSURE ORDER AND PROTECTIVE ORDER 1

IT IS FURTHER ORDERED that:

3. Defendants Kenneth Keyes, Leroy Weber, and their attorneys, and all other individuals or entities assisting defendants who receive materials in connection with this case are prohibited from directly or indirectly providing access to, or otherwise disclosing "returns" or "return information" as defined in Section 6103. Authorized use of returns and return information related to the defense of this criminal case shall include showing and discussing such materials with government and defense witnesses. Defendants and their attorneys are to use the returns and return information produced to them pursuant to this Order only for the specific purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

4. Defendants Kenneth Keyes, Leroy Weber, and their attorneys, and all other individuals or entities who receive returns or return information in connection with this case, shall maintain all returns and return information in a manner consistent with the terms of this Order. Returns and return information produced to the defense after entry of this Order shall be stored in a secure manner in boxes, files, or folders marked "UNDER PROTECTIVE ORDER - DO NOT DISCLOSE." Electronic materials containing protected information produced to the defense and printouts obtained from such electronic materials shall be handled in the same matter.

5. Defendants Kenneth Keyes and Leroy Weber, and their attorneys are required to give a copy of this Order to all individuals or entities engaged or consulted by the defense in preparation for trial in this case. A violation of this Order by defendants Kenneth Keyes, Leroy Weber, and their attorneys, or others may result in contempt of court proceedings or other civil or criminal sanctions.

6. Within 90 days of the conclusion of this case, including all related appeals, all documents containing returns or return information produced pursuant to this Order, and all copies thereof (other than exhibits of the Court), shall be returned to the Antitrust Division of the United States Department of Justice. Alternatively, defendants Kenneth Keyes, Leroy Weber, and their attorneys may inform the Antitrust Division in writing that all such copies have been destroyed.

///
///
///

7. The provisions of this Order shall not terminate at the conclusion of this criminal prosecution.

IT IS SO ORDERED.

Dated: January 27, 2020.

Respectfully submitted,

*/s/         Nolan J. Mayther*
JACKLIN CHOU LEM
CHRISTOPHER J. CARLBERG
NOLAN J. MAYTHER
Trial Attorneys
United States Department of Justice
Antitrust Division

Dated: January 27, 2020

/s/ Kendall J. Newman
THE HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE