1 JACKLIN CHOU LEM (CBN 255293)
CHRISTOPHER J. CARLBERG (CBN 269242)
2 NOLAN J. MAYTHER (CBN 319471)
Trial Attorneys
3 U.S. Department of Justice
Antitrust Division
4 450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
5 Telephone: (415) 934-5300
Facsimile: (415) 934-5399
6 jacklin.lem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH KEYES and<br>LEROY WEBER,<br><br>Defendants. | CASE NO. 2:17-CR-00188-JAM<br><br>**STIPULATION and**<br>**ORDER FOR TRIAL DATE AND**<br>**SCHEDULING**<br>**(AS MODIFIED BY THE COURT)**<br><br>DATE: March 2, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America and defendants Kenneth Keyes and Leroy Weber, by and through counsel, stipulate and agree to the following:

1. Trial is continued to **July 6, 2020** at 9:00 a.m. The government's stipulation to this new trial date does not prejudice its motion to admit statements Weber made to GSA OIG Special Agent Tracey Lilley on September 6, 2017. Admission of certain statements which raise a Sixth Amendment *Bruton* issue is the subject of a continuing motion on which the Court has yet to issue a final order. (Dkt. 67, 71, 72, 86). The parties stipulate to this new trial date with the understanding that should the Court deny the government's motion to admit Weber's statements as proposed, with modifications, the government will elect to not offer those statements in its case-in-chief.

//

2. In light of the size and scope of criminal discovery produced in this case and in light of the Court's guidance provided at the February 4, 2020 hearing, the parties stipulate to and request that the Court schedule the following dates for trial confirmation hearing, exchange of witness and exhibit lists, and filing of motions and pleadings. The parties believe that earlier dates for some of these events will assist in both the government's and defendants' preparation and will help streamline the trial.

| | |
|---|---|
| Trial Confirmation Hearing<br>*(7 weeks before trial)* | **May 19, 2020 AT 9:15 A.M**. |
| Government's Witness and Exhibit Lists<br>*(5 weeks before trial)* | June 1, 2020 |
| Defendants' Witness and Exhibit Lists<br>*(2 weeks before trial)* | June 22, 2020 |
| Motions in Limine<br>*(14 days before trial)* | June 22, 2020 |
| Opposition to Motions in Limine<br>*(7 days before trial)* | June 29, 2020 |
| Trial Brief<br>*(7 days before trial)* | June 29, 2020 |
| Proposed Jury Instructions<br>*(7 days before trial)* | June 29, 2020 |
| Proposed Voir Dire<br>*(7 days before trial)* | June 29, 2020 |

//
//
//
//
//
//
//
//

3. Given that trial is continued to July 6, 2020, and given that the Court at the February 4, 2020 hearing granted defendant Weber's motion for continuance, the parties request that the Court exclude time under the Speedy Trial Act through and including July 6, 2020. This exclusion is based on 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) and General Order 479, Local Code T4 (reasonable time necessary for effective preparation).

Respectfully submitted,

Dated: February 11, 2020

*/s/ Jacklin Lem*
JACKLIN CHOU LEM
CHRISTOPHER J. CARLBERG
NOLAN J. MAYTHER
U.S. Department of Justice
Counsel for the United States

*/s/ Mia Crager*
MIA CRAGER
JEROME PRICE
CHRISTINA SINHA
Federal Defender
Counsel for defendant Kenneth Keyes

*/s/ Peter Kmeto*
HAYES H. GABLE III
PETER KMETO
Counsel for defendant Leroy Weber

# **ORDER**

The Court, having considered the parties' stipulation, defendant Weber's motion for a continuance (Dkt. 75), and the government's opposition to that motion (Dkt. 79), orders that trial be continued to July 6, 2020. The Court finds that failure to grant a continuance would deny Weber's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting a continuance outweigh the best interests of the public and defendants in a speedy trial. The Court further orders that time under the Speedy Trial Act shall be excluded up to and including July 6, 2020 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and General Order 479, Local Code T4.

It is further ordered that trial confirmation hearing, witness and exhibit lists, motions in limine and oppositions to those motions, trial briefs, proposed jury instructions, and proposed voir dire be due on the dates identified in the parties' stipulation.

IT IS SO ORDERED (**AS MODIFIED BY THE COURT**)


Dated: February 12, 2020            /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    United States District Court Judge