JACKLIN CHOU LEM (CBN 255293)
CHRISTOPHER J. CARLBERG (CBN 269242)
NOLAN J. MAYTHER (CBN 319471)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH KEYES and<br>LEROY WEBER,<br><br>Defendants. | CASE NO. 2:17-CR-00188-JAM<br><br>**STIPULATION and**<br>**ORDER FOR TRIAL DATE AND**<br>**SCHEDULING**<br><br>DATE: April 5, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America and defendants Kenneth Keyes and Leroy Weber, by and through counsel, stipulate and agree to the following:

1. At a May 5, 2020 status hearing, the Court continued trial to **April 5, 2021** and set a trial confirmation hearing for **February 23, 2021**. The Court continued trial after considering the parties' status reports (*see* Dkts. 98, 99, 100). Those reports described issues related to the feasibility of the formerly set trial date of July 6, 2020, including the COVID-19 public health emergency. Now that trial has been continued to April 5, 2021, the parties stipulate to and request that the Court schedule the following pre-trial dates for exchange of witness and exhibit lists and filing of motions and pleadings. The parties believe that earlier dates for some of these events will assist in both the government's and defendants' preparation and will help streamline the trial.

| | |
|---|---|
| Government's Witness and Exhibit Lists<br>*(5 weeks before trial)* | March 1, 2021 |
| Defendants' Witness and Exhibit Lists<br>*(2 weeks before trial)* | March 22, 2021 |
| Motions in Limine<br>*(2 weeks before trial)* | March 22, 2021 |
| Opposition to Motions in Limine<br>*(7 days before trial)* | March 29, 2021 |
| Trial Brief<br>*(7 days before trial)* | March 29, 2021 |
| Proposed Jury Instructions<br>*(7 days before trial)* | March 29, 2021 |
| Proposed Voir Dire<br>*(7 days before trial)* | March 29, 2021 |

2.  The parties also request that the Court exclude time under the Speedy Trial Act through and including April 5, 2021. This exclusion is based on 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) and General Order 479, Local Code T4 (reasonable time necessary for effective preparation).

Respectfully submitted,

Dated: May 11, 2020

*/s/ Jacklin Chou Lem*
JACKLIN CHOU LEM
CHRISTOPHER J. CARLBERG
NOLAN J. MAYTHER
U.S. Department of Justice
Counsel for the United States

*/s/ Mia Crager*
MIA CRAGER
JEROME PRICE
CHRISTINA SINHA
Federal Defender
Counsel for defendant Kenneth Keyes

*/s/ Hayes Gable*
HAYES H. GABLE III
PETER KMETO
Counsel for defendant Leroy Weber

STIPULATION                      2
NO. 2:17-CR-00188-JAM

## **ORDER**

The Court, having considered the parties' stipulation, status reports (Dkts. 98, 99, 100), and statements made at the May 5, 2020 status hearing, orders that trial be continued to April 5, 2021 at 9:00 a.m., and that a trial confirmation hearing be set for February 23, 2021 at 9:15 a.m.. As also addressed at the May 5 hearing, the Court finds that failure to grant a continuance, in light of the uncertainty surrounding COVID-19, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of justice served by granting a continuance outweigh the best interests of the public and defendants in a speedy trial.  The Court further orders that time under the Speedy Trial Act shall be excluded up to and including April 5, 2021 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and General Order 479, Local Code T4.

It is further ordered that witness and exhibit lists, motions in limine and oppositions to those motions, trial briefs, proposed jury instructions, and proposed voir dire be due on the dates identified in the parties' stipulation.

IT IS SO ORDERED.

Dated: May 12, 2020                                            /s/ John A. Mendez_____
                                                               Honorable John A. Mendez
                                                               United States District Court Judge