JACKLIN CHOU LEM (CBN 255293)
CHRISTOPHER J. CARLBERG (CBN 269242)
NOLAN J. MAYTHER (CBN 319471)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:17-CR-00188-JAM |
| v. | **STIPULATION AND ORDER FOR TRIAL DATE AND SCHEDULING** |
| KENNETH KEYES and LEROY WEBER, | |
| Defendants. | DATE: August 2, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America and defendants Kenneth Keyes and Leroy Weber, by and through counsel, stipulate and agree to the following:

At a February 23, 2021 trial confirmation hearing, the Court continued trial from April 5, 2021 to **August 2, 2021** and set a trial confirmation hearing for **June 22, 2021**.  Now that trial has been continued to August 2, 2021, the parties stipulate to and request that the Court enter the following pre-trial schedule for mutual exchange of witness and exhibit lists and filing of motions and pleadings.

| | |
|---|---|
| Government's Witness and Exhibit Lists<br>*(18 weeks before trial)* | March 29, 2021 |
| Defendants' Witness and Exhibit Lists<br>*(13 weeks before trial)* | May 3, 2021 |
| Trial Brief<br>*(13 weeks before trial)* | May 3, 2021 |

| Motions in Limine<br>*(2 weeks before trial)* | July 19, 2021 |
|---|---|
| Opposition to Motions in Limine<br>*(7 days before trial)* | July 26, 2021 |
| Proposed Jury Instructions<br>*(7 days before trial)* | July 26, 2021 |
| Proposed Voir Dire<br>*(7 days before trial)* | July 26, 2021 |

Respectfully submitted,

Dated: February 25, 2021


  */s/ Jacklin Chou Lem*                                */s/ Mia Crager*
JACKLIN CHOU LEM                          MIA CRAGER
CHRISTOPHER J. CARLBERG              JEROME PRICE
NOLAN J. MAYTHER                          CHRISTINA SINHA
U.S. Department of Justice                    Federal Defender
Counsel for the United States                Counsel for defendant Kenneth Keyes


                                                    */s/ Hayes Gable III*
                                                  HAYES H. GABLE III
                                                  PETER KMETO
                                                  Counsel for defendant Leroy Weber

STIPULATION
NO. 2:17-CR-00188-JAM

### ORDER

The Court, having considered the parties' stipulation, orders that witness and exhibit lists, trial briefs, motions in limine and oppositions to those motions, proposed jury instructions, and proposed voir dire be due on the dates identified in the parties' stipulation.

IT IS SO ORDERED.

Dated:  February 26, 2021                              /s/ John A. Mendez
                                                               THE HONORABLE JOHN A. MENDEZ
                                                               UNITED STATES DISTRICT COURT JUDGE

STIPULATION
NO. 2:17-CR-00188-JAM