HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
KENNETH KEYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH KEYES and <br> LEROY WEBER, <br><br> Defendants. | No. 2:17-cr-188-JAM <br><br> **ORDER TO CONTINUE THE DEALINES FOR THE OPPOSITION AND REPLY TO THE GOVERNMENT'S MOTION IN LIMINE #2** <br><br> JUDGE:  Hon. John A. Mendez |

It is hereby ordered that the following dates be adopted as the new dates for the opposition and reply to the Government's Motion in Limine no. 2 (docket number 140):

Opposition to motion: August 24, 2021

Reply to opposition: August 31, 2021

DATED:  August 18, 2021                         /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE