HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
JEROME PRICE, #282400
CHRISTINA SINHA, #278893
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
KENNETH KEYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KENNETH KEYES,<br><br>  Defendant. | Case No.  2:17-cr-00188-JAM<br><br>**ORDER SEALING RENEWED MOTION REGARDING GRAND JURY TESTIMONY** |

Pursuant to Local Rule 141, based on a request to seal, the unredacted version of the renewed motion in limine to admit Glen Weber's testimony shall be SEALED until further order of this Court.

IT IS SO ORDERED.


DATED:  September 28, 2021         /s/ John A. Mendez
                                   _____
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATED DISTRICT COURT JUDGE