JACKLIN CHOU LEM (CBN 255293)
CHRISTOPHER J. CARLBERG (CBN 269242)
NOLAN J. MAYTHER (CBN 319471)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH KEYES and<br>LEROY WEBER,<br><br>Defendants. | CASE NO. 2:17-CR-0188-JAM<br><br>**ORDER SEALING GOVERNMENT'S UNREDACTED OPPOSITION TO DEFENDANT KEYES'S MOTION REGARDING GRAND JURY TESTIMONY** |

Pursuant to Local Rule 141, based on a request to seal, the unredacted version of the government's opposition to Defendant Keyes's renewed motion in limine to admit Glen Weber's testimony shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: September 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE