**FILED**

OCT 05 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00188 JAM |
| Plaintiff, | **RESPONSE TO NOTE #1 FROM JURY** |
| v. | |
| KENNETH KEYES and LEROY WEBER, | |
| Defendants. | |

I must respectfully decline your request to be excused from this jury. Your continued participation at this stage of the trial is very important to all the parties. If you want to provide me with contact information for your employer, I will call and request that they waive the 10 day limit under the circumstances.

Dated: October 5, 2021

_____
Honorable John A. Mendez