**FILED**

OCT 05 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-CR-00188 JAM |
| Plaintiff, ) | **RESPONSE TO NOTE #2 FROM JURY** |
| v. ) | |
| KENNETH KEYES and LEROY WEBER, ) | |
| Defendants. ) | |

In order to find that the United States has proven all three elements of the charge in this case, you must unanimously agree on the particular overt act that you find was committed. If you cannot do so, then a defendant cannot be found guilty of the charge in the indictment.

Dated:  October 5, 2021

_____
Honorable John A. Mendez